**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-7666**

———————————

ROBERT M. LEVINE,

                                        Petitioner - Appellant,

        versus

MICHAEL PETTIFORD, Warden,

                                        Respondent - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Sol Blatt, Jr., Senior District
Judge.  (9:06-cv-01265)

———————————

Submitted: May 31, 2007                 Decided:  June 5, 2007

———————————

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Robert M. Levine, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert M. Levine, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>See</u> <u>Levine v. Pettiford</u>, No. 9:06-cv-01265 (D.S.C. July 28 and Aug. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>